IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Robert Lee Allen

Full name and prison number of
plaintiff(s)

2007 OCT 17 A 9: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Lowndes County Sheriff Dept.

Captain. Laura Gresham

Deputy O.J. Strother

SGT. BRUTTON L., Ruby Jones

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:07cv928-MHT
(To be supplied by the Clerk of the
U.S. District Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)  No (✓)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (✓)  No (✓)

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:
Plaintiff(s) Robert lee Allen

Defendant(s) Willie Vaughner, Laura Gresham, Lenny lee Jeanette Cottrell, Lakisha Bolling

2.    Court (if federal court, name the district; if state court, name the county) Middle District of Alabama Northern Division

3.    Docket No. 2:07-cv-90-ID / 2:07-cv-85-WKW

4.    Name of Judge to whom case was assigned Honorable IRA DeMent

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? *Still Pending*

6. Approximate date of filing lawsuit *1/31/2007*

7. Approximate date of disposition

II. PLACE OF PRESENT CONFINEMENT *Autauga County Jail*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Chevron on Highway 80 Montgomery, Ala / Lowndes County Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. *Lowndes County Sheriff Dept* | |
| 2. *Laura. Gresham. Captain* | = |
| 3. *Sgt L. Brutton* | = |
| 4. *Deputy OJ. Strother* | = |
| 5. *De Ruby Jones the Clerk of lowndes County, Ala* | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *2/07/2007*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED: *Criminal + Negligent Activity*

GROUND ONE: *Illegally Release, False Documents, possibly Violated under 11-40-10, Title, 6-5-338, under Code 1975, 15-10-10, 15-10-12 Moore v. Crocker, 852 So. 2d 89 (AIA. 2002)*
STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

*Look At Exhibit "1" "Attached Enclosed"*

*The Violent Crime Control and Law Enforcement Act of 1994, 42 U.S.C. 14141 ("Section 14141"), Title VI of the Civil Rights Act of 1964 U.S.C. 2000d*

-2-

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

VI.     STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE
NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PUNitive DAMAGes, MentAl + ANguish DAMAGes,
+ Civil Criminal Negligence + INtent of CriMiNAl + Knowingly
of CRiMiNAl DAMAGES, Color of LAW
INJunCtive Relief

*Robert Lee A llen*

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___10 / 12 / 2007___ .
                    (date)

*Robert Lee A llen*

Signature of plaintiff(s)

MR. Robert Allen
Autauga County Jail
136 N. Court St.
Prattville, Al 36067-3002

1 of 3

INMATE MAIL
AUTAUGA METRO JAIL

HONORABLE, DEBRA HACKETT
UNited STATES DISTRICT COURT
P.O. Box 711
Montgomery, Al 36101-0711



STATE BRIEFIY The FActs To SUPPORT GRounds

ON the MOURNing of February the 7th day of 2007 About 10:00 AM Robert lee Allen, was Contacted on the intercom and told to go to the Booking Area with All of his belonging's. So I started packing all of My belonging's togetheR, After about (5) five minutes they contacted Me again and told me a Deputy Sheriff was on his way back to help me pack My things up so about (1) one minute later a Lowndes County Deputy Sheriff name O.J. STROther Came inside "D" wedge cell block, as I was walking out My cell. We then proceeded to the booking Area where SGt. BRuton told me to sign My name on the (Enclosed Consolidated Appearance Bond Exhibit "A") And I would be Released to go home until My Court date. But after Robert Allen, sign this Appearance bond. He was handcuffed by Lowndes County Deputy Sheriff O.J. STRother and tRansported to the ChevRon Gas Station located inside Montgomery County on Highway 80. At this ChevRon Gas Station located at least (20) twenty miles Away from pRattville, Al (Autauga County) inside Montgomery County Jurisdiction. AN Autauga County Deputy B. Dillon Executed (5) five ARRest waRRants obtain from Another county on Robert lee Allen, without first getting them endorsement by a judge or Magistrate of Montgomery County and also without Any Montgomery police officer's present on the scene. MY Complaint with the lowndes County Sheriff Department is that they Conspire with Autauga County and Release me illegal with False statements and forge Signature's and false charges. If you would look at this Consolidated Appearance Bond. It has the Charge of Receiving Stolen property 1st this is a false charge. Robert Allen Allege charge in lowndes County is Theft of property 1st (Look At Exhibit "B" supporting letter DAted 7-9-2007.)

Now I want the Honorable Court to look at and Read Number (1) one and (3) three of this letter dated 7-9-2007. Now I want you to look at Exhibit "C" letter dated May 15, 2007. Read line number (6) six it states I was charge with Theft of property 1st not Receiving Stolen property 1st As stated on the Consolidated Appearance Bond Now I want the Honorable Court to look at Sheriff Willie Vaughner, and Captain Laura Gresham signatures. I have true Copies of the Sheriff and Captain's signature's In My (2) two pending cases In The United States District Court For The Middle District of Alabama Northern Division. (I want to use as Evidence Case Number's 2:07-CV-90-ID, 2:07-CV-85-WKW The Plaintiff's Response And Answer to the Defendant's Report to the Magistrate And Also Defendant's Answer And Affirmative Defense) I want the Honorable Court to Grant the Above Request as Evidence to show Merit to his Complaint. Robert lee Allen does not have Any way to Copy documents at this jail it is Already establish with the court's that I am Indigent and My status has not change. My Constitutional and Civil Rights were violated. Lowndes County Sheriff Department and Lowndes County Detention facility Jailers Jail Staff participated in the illegal Arrest And Transport of Robert lee Allen. Under Code 1975 § 15-10-10, 15-10-12, And Title 11-40-10, and Title 6-5-338 they violated And Also their was no Montgomery police officer's present at the time of Autauga County Deputy B. Dillon Executed (Autauga Arrest warrant's Number's WR-06-165, WR-06-166, WR-06-167, WR-06-168, WR-06-169.)    See ROSS V. NEFF 905 F.2d 1353-54

(Now look at Exhibit "D" lowndes County Transmittal Sheets dated 4-20-2007) Robert Allen followed these instructions. (Now look at Exhibit "E" letter dated 4-25-2007)(Now look at Exhibit "F" lowndes County Transmittal sheet) Robert Allen followed these instruction also. (Now look at Exhibit "G" a letter dated 4-30-2007) You Can Clearly see that Robert lee Allen is trying to Exhaust Any and All Remedies.

Robert Allen is following the instruction of Exhibit "E," Now I want this Honorable Court to look at Exhibits "H"-1 and "H"-2, letter's that were properly address and postage prepaid, that was Mail by U.S. Mail to Sgt. Bruton, and Deputy O.J. Strother of lowndes County, Ala. these letter's were Return to the Autauga County Jail. I want the Honorable Court to Read both of these letter's dated 4-30-2007 of Exhibits "H"-1 and "H"-2

(Now look at Exhibit "I" letter dated 5-17-2007) Now I want the Honorable Court to Read _1_ through _8_ and see where Robert Allen, has been Consistently trying to find Merits to support this Instant Complaint. (See EX PARTE BORDEN 769 So.2d 959 $^3$ 18, 19)

( Now I want you to look at Exhibit "J" Lowndes County ARRest warrant that was Executed on 8-8-2006 on Robert lee Allen)

Now I want the HONORABLE CouRt to "please" look at this lowndes County ARRest warrant Real carefully first look at how they place Robert lee Allen name on this ARRest warrant. WR-06-434

Now I want you To focus on the SHeRiff Signature; and Match it up to the Consolidated Appearance Bond Exhibit "A" And also I want the HONORABLE CouRt to Match this same signature up to Case Number 2:07-CV-90-ID, 2:07-CV-85-WKW, where I have True Copies of SHeRiff Willie VAughNeR signatures in the "PlAintiff's Response to Defendants Special Report."

Now I want you to look, Jimmy HARRis And INV. Rufus HaRalson, Signature's if the Court would look Real good at the "H" in both of these names it Appears that the same person May have forged all of these Signatures on these Documents.

Now look at Exhibit "K" at INV. Rufus HaRalson it Appears that either MR. Jimmy HaRRis OR INV. Rufus HaRalson Sign all of these names and Enforce this OR Executed this lowndes County ARRest warrant on Robert lee Allen on 8-8-2006

Now I Respectfully ask this Honorable Court to place Exhibit "A" and Exhibit L side by side you will notice that Exhibit "A" has A case number in the top Right hand corner (Case No. DC-06-578) this is a copy of the Consolidated Appearance bond I receive by U.S. Mail From Ruby Jones, the Circuit Clerk of lowndes County, Someone at the Clerks office Amended this bond with out the proper Authorization. Now You have on this bond the Right case number, false Charge(s) and false Signature's.

Now I want you to look at the very bottom of Exhibit "L" you will see that there is only (3) three copies of this Bond. (Court Record: Original, Defendant: copy, Surety: Copy at which is in the possesion of the lowndes County Sheriff Dept.) the one you are looking at now came from the Sheriff Department of lowndes County, Ala with the Dark shadow in the middle of it, and I have the other Copy thats is yellow. In this Instant Complaint the plaintiff Avers to this Honorable Court that he has plead Specific facts, and that he has not Alleged Mere Allegations, All opposing parties Knowingly and willingly participated in Robert lee Allen illegal Arrest on 2-7-2007 outside of their Jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

10-12-2007                                    Robert Lee Allen
date                                          Signature of plaintiff (s)

# CONTENT LIST

### 1983 COMPlAINT FORM

1.) Exhibit.1    Supporting Facts sheets

2.) Exhibit "A"    Consolidated Appearance Bond date 2-7-2007
From lowndes County Clerks office

3.) Exhibit "B"    letter dated 7-9-2007

4.) Exhibit "C"    Circuit Clerk letter dated MAY 15, 2007

5.) Exhibit "D"    District Court of lowndes County Transmittal sheets
date 4-20-2007

6.) Exhibit "E"    letter dated 4-25-2007

7.) Exhibit "F"    District Court of lowndes County Transmittal sheet
date 4-26-2007

8.) Exhibit "G"    letter dated 4-30-2007

9.) Exhibit "H-1, 2    Return to Sender, letter's dated 4-30-2007

10.) Exhibit "I"    letter dated 5-17-2007

11.) Exhibit "J"    lowndes County Arrest warrant 8-8-2006
WR 06-434

12.) Exhibit "K"    Deposition Report    8-8-2006
WR- 06-434

13.) Exhibit "L"    A Copy of Consolidated Appearance bond From the
Lowndes County SHeriff Department dated 2-7-2007

Exhibit "A"

| State of Alabama<br>Unified Judicial System<br><br>Form CR-10    Rev. 8/98 | **CONSOLIDATED APPEARANCE BOND**<br>(District Court, Grand Jury, Circuit Court) | Case Number<br><br>DC 06-578 |
| --- | --- | --- |

IN THE _Circuit_ _____ COURT OF _Lowndes_ _____, ALABAMA
  (Circuit or District)                                    (Name of County)

STATE OF ALABAMA  v.  _Robert Allen_
                                                    **Defendant**

I, _Robert Allen_

and I (we), _____ (Defendant), as principal,
                                    (Please print)

to pay the State of Alabama the sum of $ _20,000.00_ and such costs as authorized by law unless the above-named defendant appears before the district court of the county on _____, as surety(ies), agree are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer the charge of _Rec. Stolen Property 1st_ _____, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant
_Robert Allen_

| Address (print)<br>_1025 Loxberry lane_ | City<br>_Prattville_ | State<br>_Al_ | Zip<br>_36067_ | (L.S.) |
| --- | --- | --- | --- | --- |

| Signature of Surety/Agent of Professional Surety or Bail Company<br>(L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company<br>(L.S.) |
| --- | --- |
| Social Security Number          Telephone Number | Social Security Number          Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company<br>(L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company<br>(L.S.) |
| Social Security Number          Telephone Number | Social Security Number          Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |

_Feb 7, 2007_
Date

Approved by: Judge/Magistrate/Sheriff  _Willie Vaughner_

By: Deputy Sheriff  _Capt. Leena Gish_

**Defendant's Information**

| Date of Birth _9 6 1964_ | Sex _M_ | Height _6'3_ | Weight _195_ | Employer |
| --- | --- | --- | --- | --- |
| Social Security Number<br>_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_ | Race _Blk_ | Hair _Blk_ | Eyes _Bro_ | Employer's Address |
| Driver's License Number          State | | Telephone Number<br>( ) _334 361-5408_ | | Employer's Telephone Number |

Exhibit "B"

Please STAMP with Your Notary
Seal And MAKE a Copy And send
Me A Copy At Autauga Jail

7-9-2007

INMATE NAME: Robert Lee Allen

TO: the CLERK of Lowndes County, ALABAMA

1.) I want to know has, Robert Lee Allen, ever
been charge with Receiving Stolen PRoperty
1st? circle one    yes    or   (no) (Didn't show
                                              anything for
                                              Lowndes County)

2.) When is the Court Date or Trial Date
for this CC-07-56? give date not set yet

3.) Do Robert Lee Allen have Any more pending
charges in Lowndes County, ALABAMA?
circle one    yes    or   (no)   if Any please
List

4.) How Many times has NO, DC-06-578
been in front of the GRand Jury?
Please list the Dates  1/8/07 @ 6/12/07

                    SINCERELY
RLA    7-9-2007    Robert Allen

Exhibit "C"



# CIRCUIT CLERK & REGISTER
## 2nd JUDICIAL CIRCUIT
Lowndes County P.O. Box 876
Hayneville, Alabama 36040

Ruby Jones, Clerk
Mildred Shoults, Deputy Clerk
& Magistrate

Telephone 548-2252

May 15, 2007

Dear Mr. Robert Allen

I regards to the letter sent to the Lowndes County Clerk's Office dated May 14, 2007, the answer are as follows (answer to each paragraph):

1. A copy of your warrant and bond enclosed
2. You will need to contact the Lowndes County Sheriff's Department
3. You will need to contact the Lowndes County Sheriff's Department
4. You will need to contact the Lowndes County Sheriff's Department
5. A copy of your full case action summary enclosed
6. You were charge with Theft of Property 1st.
7. Your case was continued from the grand jury term January 8, 2007 to the next grand jury term. However, we do not have to contact you before your case is presented before the grand jury. On August 22, 2006 you sign an affidavit of substantial hardship to receive a court appointed attorney (copy enclosed), however, it is your attorney responsibility to contact and let you know that they represent you.
8. Type on Letterhead
9. You will need to contact Atty. Coxwell or Atty. Taylor for the information they receive from their Motion of Discovery and Disclosure Materials, because they didn't receive anything from the Clerk's Office. Atty. Coxwell filed his Motion on August 30, 2006 and Atty. Taylor filed his Motion on December 29, 2006.
10. A waiver of preliminary was made by your attorney Logan Taylor on December 18, 2006.
11. We don't any case numbers list as 06-17322. The only case we have related to you is DC 2006-578.
12. See answer in number 11.
13. You will need to contact Autauga County Sheriff's Department to obtain that information. Also please see your copy of your letter for the answer.
14. You will need to contact Autauga County Sheriff's Department. Also please see your copy of your letter for the answer.
15. See your copy of the letter for the answer.

Exhibit "C"

16. See your copy of the letter for the answer.
17. You will need to contact Sheriff Vaughner (see letter)
18. Mr. Allen we can't amend nor can we write anything on your appearance bond. A copy of your bond is enclosed. Also see your copy of the letter for the answer.
19. See a copy of your letter for the answer.
20. We do not have any grievance's forms on file from the Lowndes County Detention Facility for you.
21. You will need to contact the Lowndes County Sheriff's department for all the days you spent in the Lowndes County Jail and for specific dates. Also, if you want to request a search back to 30 years you will need to contact the Lowndes County Sheriff's Department to do a background check on yourself.
22. Enclosed is a copy of the information request from you, Robert Allen. I hope I've answer your question.


Camekia Surles-Miles
Court Specialist

ALABAMA JUDICIAL DATA CEN
LOWNDES COUNTY

TRANSMITTAL

DC 2006 000578.00
TERRI B LOVELL

```
|----------------------------------------------------------------|
|                                                                |
|        IN THE DISTRICT COURT OF LOWNDES       COUNTY           |
|                                                                |
|                                                                |
|                                                                |
|                                                                |
|                                                                |
|  TO: ALLEN ROBERT LEE            ATTORNEY: *** PRO SE ***       |
|      136 N. COURT STREET                                       |
|                                                                |
|      PRATTVILLE     ,AL  36067 0000                            |
|                                                                |
|                                                                |
|                                                                |
|----------------------------------------------------------------|
|                                                                |
|     MR. ALLEN, A COURT DATE HASN'T BEEN SET FOR YOU, ALSO WE    |
|  DO NOT STAMP APPEARANCE BONDS.  YOU WILL HAVE TO CONTACT THE   |
|                                                                |
|                                                                |
|                                                                |
|                                                                |
|     NOTICE DATE: 04/20/2007      CLERK:RUBY JONES               |
|                                      P O BOX 876               |
|                                      HAYNEVILLE  AL   36040    |
|                                      (334)548-2252             |
|                                                                |
|----------------------------------------------------------------|
OPERATOR: CAM
PREPARED: 04/20/2007
```

ALABAMA JUDICIAL DATA CENTER
LOWNDES          COUNTY

TRANSMITTAL

DC 2006 000578.00
TERRI B LOVELL

```
|-------------------------------------------------------------------------|
|                                                                         |
|            IN THE DISTRICT COURT OF LOWNDES        COUNTY                |
|                                                                         |
|                                                                         |
|                                                                         |
|  TO: ALLEN ROBERT LEE                  ATTORNEY: *** PRO SE ***          |
|      136 N. COURT STREET                                                 |
|                                                                         |
|      PRATTVILLE     ,AL  36067 0000                                      |
|                                                                         |
|                                                                         |
|                                                                         |
|                                                                         |
|                                                                         |
|-------------------------------------------------------------------------|
|                                                                         |
|     LCSD DEPARTMENT AT P O BOX 157, HAYNEVILLE, AL 36040, FOR A          |
|  COPY OF YOUR TRANSFER ORDER OR THE COUNTY THAT REQUESTED THE  TRANSFER. |
|                                                                         |
|                                                                         |
|                                                                         |
|                                                                         |
|                                                                         |
|         NOTICE DATE: 04/20/2007        CLERK:RUBY JONES                  |
|                                              P O BOX 876                 |
|                                              HAYNEVILLE  AL    36040     |
|                                              (334)548-2252              |
|                                                                         |
|-------------------------------------------------------------------------|
```
OPERATOR: CAM
PREPARED: 04/20/2007

Exhibit "E"

Robert Lee Allen
136 N. Court. St
PRAttville, Al 36067-3002

Please Stamp with your Seal
And keep A Copy And Send Me A Copy        4-25-2007

INMATE NAME: Robert Allen

To the: HONORABLE Ruby JONES the
          ClerkoF Lowndes County, Al

I AM IN Receipt oF your Response to
My letter I want A Copy of the TRANSPoRt
ORDER Executed ON      2-7-2007
Done by Deputy. STRothers.
ON 2-7-2007 Deputy STRothers And SGt. BRuton
Told Robert Allen to sign An AppeaRance Bond
to be Set Free til his CouRt Date.
But AFteR Robert Allen Sign the AppeaRanceBond
He was told he was being TRAnsported to
MONTGOMERY County, Al to A GAS StAtion
To Be (Handed OVER) OR TRANsFeR to Autauga
County. To A Deputy SheRiFF FROM Autauga
County that was waiting At the Gas station
to take Robert Allen to Autauga County Jail.

Thank You FoR YouR CoopeRation IN AdvAnce
IN this MAtteR I ONly wish to have A Copy
FoR My RecoRds. Now iF You Don't have A Copy oN
File IN YouR RecoRds I will Contact the OtheR
Depart Ment.
                    4-25-2007        Robert Allen Lee

ALABAMA JUDICIAL DATA CENTER
LOWNDES            COUNTY

TRANSMITTAL

DC 2006 000578.00
TERRI B LOVELL

```
|------------------------------------------------------------------------|
|                                                                        |
|              IN THE DISTRICT COURT OF LOWNDES        COUNTY            |
|                                                                        |
|                                                                        |
|                                                                        |
|   TO: ALLEN ROBERT LEE                ATTORNEY: *** PRO SE ***         |
|       136 N. COURT STREET                                              |
|                                                                        |
|       PRATTVILLE      ,AL  36067 0000                                  |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|------------------------------------------------------------------------|
|                                                                        |
|     MR. ALLEN YOU WILL NEED TO CONTACT DEPUTY SROTHERS OR SGT.         |
|   BRUTON ABOUT A COPY OF THE TRANSPORT ORDER EXECUTED 2/7/07.          |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|                                                                        |
|        NOTICE DATE: 04/26/2007        CLERK:RUBY JONES                 |
|                                             P O BOX 876               |
|                                             HAYNEVILLE  AL   36040    |
|                                             (334)548-2252            |
|                                                                        |
|------------------------------------------------------------------------|
```
OPERATOR: CAM
PREPARED: 04/26/2007

EXHIBIT "F"

Exhibit "G"

Please Stamp with your seal     4-30-2007
And Keep A Copy And send Me A Copy
INMATES NAME : Robert Allen , prose,

To: the HONORABLE Ruby JONES the
    CLERK OF LOWNDES COUNTY, Al

I AM IN Reciept of your letter,

What are you saying your office do not
have A Copy of the "TRANSPORT ORDER"
( yes or (no) Circle one )
I want you to Know I Appreciate, your
Cooperation, And time you have put iN, IN
this MATTER, You must understand that I Must
Exhaust All Resource's, before I proceed with
my writ of 2254 Habeas Corpus. I Also would
like A Current Copy of My Case Action Summary
to send with My writ of Habeas Corpus.
I Also would like to Know if you took MY Motion
For Discovery, Before the judge And was it GRANTED
OR Denied? And A Copy of ANy And All pending
Charges?

Robert Allen          RespectFully Submitted.
Autauga County Jail
136 N. Court St                  Thank you.
PRAttville, Al. 36067-3002    4-30-2007  prose, Robert Allen
                                         Robert Allen



RETURN TO SENDER

MONTGOMERY AL 361

30 APR 2007 PM 4 T

RETURN TO SENDER

☐ Not Deliverable As Addressed
Unable To Forward
☐ Insufficient Address
☐ ...t Not Known
☐ ...t Vacant

Exhibit "H"-1

C/o. SGT. BRUTON
P.O.Box 157
Hayneville,Al 36040

RETURN TO SENDER

R.Allen
136 N.Court.St
Prattville,Al 36067-6002

RETURN TO SENDER

Legal

MAIL

Please Make A Copy And Send Me One At
Autauga Jail

4-30-2007

RECEIVED

INMATES NAME: Robert Lee Allen, prose

TO, LCSD, Department DEBRA P. HACKETT, CLR
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA     Robert Allen
                                         136 N. Court St

C/O. SGt. BRuton.                        PRAttville, Al, 36067-
                                                          3002
Robert Allen, prose,

I AM presently preparing to pursue possible
post-Conviction Remedies in Case # DC-06-578
there is A Document that I am in Need of From
Your office to Assist me in the preparation
of my post-Conviction Remedy.

These documents, or at least some of them,
May have been furnished previously; however,
I AM CONSTRAINED because of Circumstances
beyond My Control and Must ReQuest that I be
Sent them At this time. I Robert Allen, prose,
MAke this ReQuest pursuant to the Code of Alabama
12-17-94; Article I, Section 6 of the Alabama Con-
stitution; Robert Allen was Contacted by way of
U.S. MAil And informed that he was to Contact
SGt. BRuton, For A Copy of the "TRANSPORT ORDER"
Done 2-7-2007, Of the "TRANSFER Of INMATE
Robert Allen to Another County. If you ARE
UNAble to provide Me with A Copy of the "TRANSPORT
ORDER" Please Explain to ME why.

I NEED A Copy within the Next (7) Day's.     Robert Allen

                              4-30-2007  PROSE Robert Allen

MONTGOMERY AL 361

30 APR 2007 PM 2 L

RETURN TO SENDER

RETURN TO SENDER

Exhibit "H" 2

C/o Deputy Strothers
P.O. Box 157
Hayneville, Al 36040

RETURN TO SENDER

R. Allen
136 N. Court, St
Prattville, Al 36067-3002

Return to Sender
Not Deliverable As Addressed
Unable to Forward

☐ Attempted - Not Known
☐ No Such Street, ☐ Vacant
☐ Insufficient Number
☐ No Mail Receptacle
☐ No Such Number/No Order

Please MAKE A Copy, AND send ME ONE At
Autauga Jail

4-30-2007

RECEIVED
2007 OCT 11 A 9:31
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

INMATES NAME: Robert Lee ALLEN, pROSe

To, LCSD, Department       Robert ALLEN
                          Autauga County Jail
C/O: Deputy, STROThers,    136 N. COURT. St
Robert Allen, pROSe,       pRAttville, Al. 36067-
                                              3002
I AM presently preparing to pursue possible
post-conviction Remedies in Case # DC-06-578
there is a Document that I AM in need of FROM your
office to Assist Me in the preparation of My post-con-
viction Remedy. These documents, OR at least SOME
of them, May have been furnished previously; however,
I Am Constrained because of Circumstances beyond
My Control and Must ReQuest that I be sent them
At this time. I Robert Allen, pROSe, MAKE this ReQuest
pursuant to the Code of AlABAMA 12-17-94; ARticle I,
Section 6 of the AlABAMA Constitution; Robert Allen
was Contacted by way of U.S. MAIL And informed that
he was to Contact Deputy, STROThers, FoR A Copy of
the "TRANSport ORDER" Done 2-7-2007, of the TRANSfer of
INMATE Robert Allen, to Another County. Now if NO "ORDER
of TRANSfer" was Needed, Check ONE ___ yes OR ___ NO
And sing Sign your Name As usual in these types ___
to CONfirm proof that you understand what I        sign
AM Asking foR, I want A Copy of the "TRANSport ORDER"
if you Check (yes) Above I want a Copy within the
Next (7) day's.   4-30-2007   DROSe Robert Allen

Please stamp with your seal
And send me back A copy At the
Jail Thank you

5-17-2007

Exhibit "I"    1 of 3

INMATE NAME: Robert Allen, PRO SE

Office of the Clerk, the HONORABLE Ruby JONES
The Clerk of Lowndes County ALABAMA

Re: ReQuest For Documents

Robert Allen
136 N Court St
PRAttville AL, 36067-
3002

Please Staple All three Bonds together, Separate

As you Already know, I Am pursueing possible
post-CONVICTION Remedies IN My case, case
NO. DC 06-578. I want A Copy of this Document
below And A couple copyies of Another Document
I ASK the Clerk's office to do A ~~request~~ Complete
Search For ReQuested ARRest (ENDORSE) warrant's

1.) I want A Copy of ARRest warrant's thats
IN your files of Records, that the judge or
Magistrate of lowndes County, put their
WRitten EndorseMent on to Allow Autauga
County to Execute A ARREST WARRANT ON
Robert Allen ON these dates listed Below
I was INForM by the Courts to get these Copies
FROM Lowndes County Clerks office; Here is the
Dates that Robert Allen, was ARREsted by Autauga
County After Already being IN Lowndes County Custody
And TRANSFER over to Autauga County.
Dates: 10-10-2006  And  ~~2-7-2005~~ 2-7-2007.

2 OF 3

5-17-2007

Robert Allen, prose, ONly want the Endorse ARRest warrants, that is sign by Any judge oR MAgistRate of LowNdes County, that sign the ARRest warrant FRom Autauga County DO YouR office have A Copy of these Autauga County ARRest warrants Ø EXEcuted IN Your County AND IN MONtgomery County. CIRcle ONE yes. OR NO

If you ANSweR NO please, ExplaiN to Robert Allen why you don't have A Copy of these ARRest warrants Exeucuted IN LowNdes County, And MoNtgomery County, LowNdes County Deputie's of the sheriff's Department was present At each time Robert Allen was Arrested And taken from their Custody.

2.) To the, HONoRable ClerK, Robert Allen, prose is lacking His Motion of Discovery MAterials Can you check ON its progRess.

3.) I want you to send (Me) Robert Allen, prose (3) three Copies of his Appearance BoNd Because Robert Allen has no way of Making Copies And he needs to submit them with other Documents to the CouRts    Thank you

                                pRO se Robert Alle

        5-17-2007

3 OF 3

Thank you for putting up with me, And     5-17-2007
your cooperation in this matter

4.) I'M sorry for the Misunderstanding, IN My
last Request what I was Requesting
was Not A Copy of My case Action summary
but A Full Copy of ANY And All Documents
thats listed ON MY case Action Summary
IN Full. As you Already Know Robert Allen is
pro se And All of these Documents Are vital
to his defense I Know you have these documents
And Robert Allen, pro se wants A Full copy of All
And Any IN Short every thing thats been beFore
the judge oR MagistRAte so that I can properly
prepare My defense

5.) Robert Allen wants to know why your office don't Know
what A "B" Bond Is when it is listed ON Robert Allen
Case Action summary, be sheet. It not a "B" Bond
B stands for Bond.

6.) To, the Clerk, Ruby Jones, ROBERt Allen, pro se
Would like to know how MANY times, Robert Allen
been ARRested IN the County of Lowndes. I Already
Know your office has Access to this INFORMATION
I have ReQuested. SO I ReQuest that you Attain
these documents by way of Fax MACHINE oR other Means

7.) I want A Copy of Robert Allen Criminal Background

8.) I want to know has Robert Allen, Charge of Theft
of pRoperty 1st, Been Change to Another charge since 8-8-06
Circle one yes oR (NO) Robert allen prose ARRest
Date

# W A R R A N T

STATE OF ALABAMA            LOWNDES COUNTY            DISTRICT  COURT
AGENCY NUMBER: C                    WARRANT NUMBER: WR 2006 000434.00
                                    OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JAMES THOMAS    AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF LOWNDES COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
                REC STOLEN PROP 1ST    CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF AUGUST, 2006.

BOND SET AT: (1)      $20,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

---

CHARGES: REC STOLEN PROP 1ST    13A-008-017              F  FELONY

---

NAME: ~~JAMES THOMAS~~  Robert Lee Allen    ALIAS:
ADDRESS: ~~C/O LO. CO. SHERIF'S~~            ALIAS:
ADDRESS: ~~OFFICE P O BOX 157~~
CITY: ~~HAYNEVILLE~~          STATE: AL      ZIP: 36040 0000
1025 Blueberry Ln. Prattville AL 36105       PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ~~00/00/0000~~ 09/04/1944  RACE: B    SEX: M    HAIR: BLK
EYE: BRO   HEIGHT: ~~5'00"~~ 6'3  WEIGHT: 000
SID: 000000000   SSN: ___ DL NUM:
                 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

---

# E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(✓)  PLACING DEFENDANT IN THE LOWNDES COUNTY JAIL
( )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS ___8___ DAY OF __Aug__ ___2006___

                      Willie Vaughner
                 SHERIFF
                      Jimmey Harris
                 BY

---

COMPLAINANT: INV. RUFUS HARALSON
             C/O SHERIFF'S DEPT.
             P O BOX 157
             HAYNEVILLE  AL  36040

OPERATOR: RUJ        DATE: 08/08/2006

PROP COPY OF
ALABAMA BUREAU OF INVESTIGATION

DISCOVERY

FURNISHED BY _____
DATE_____

```
--------------------------------------------------------------------
              ALABAMA JUDICIAL INFORMATION SYSTEM
        * * * IN THE DISTRICT COURT OF LOWNDES COUNTY * * *
AGENCY NUMBER: C                    WARRANT NUMBER: WR 2006 000434.00
                                    OTHER CASE NBR:              .
                     C O M P L A I N T
```

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
LOWNDES COUNTY, ALABAMA, PERSONALLY APPEARED   INV. RUFUS HARALSON
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    JAMES THOMAS              DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT 8/8/06, INTENTIONALLY RECEIVE, RETAIN OR
DISPOSE OF STOLEN PROPERTY, TO-WIT: 1980 FORD F150 PICKUP TRUCK, THE
PROPERTY OF, TO-WIT: JOHN FARRIOR, KNOWING THAT IT WAS STOLEN OR HAVING
REASONABLE GROUNDS TO BELIEVE IT HAD BEEN STOLEN AND NOT HAVING THE INTENT
TO RESTORE IT TO ITS OWNER!
IN VIOLATION OF 13A-008-017                OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                        _Inv. Rufus Haralson_
                    COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF AUGUST, 2006.

_Ruby Jones_
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: REC STOLEN PROP 1ST   13A-008-017        F  FELONY
--------------------------------------------------------------------
WITNESS FOR THE STATE

INV. RUFUS HARALSON /C/O SHERIFF'S DEPT./P O BOX 157/HAYNEVILLE/36040

                        PROPERTY OF
              ALABAMA BUREAU OF INVESTIGATION
OPERATOR: RUJ    DATE: 08/08/2006
--------------------------------------------------------------------
                    COPY TO
                    FURNISHED BY
                    DATE

DISCOVERY

| State of Alabama Unified Judicial System Form CR-57 (front)  Rev.8/98 | **DEPOSITION** | Warrant/Summons Number WR 06   434 |
| | | Case Number |

IN THE _Circuit_ COURT OF _Lowndes_, ALABAMA
(Circuit, District, or Municipal)  (Name of Municipality or County)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _James Thomas aka Unknown_
Defendant

### INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

Name of Accused (or Alias) _James Thomas aka Unknown_

| Social Security Number | | Driver's License Number | | Date of Birth | Age | Race B | Sex M |

| Height | Weight | Hair | Eyes | Complexion |

Address of Accused (or Alias) | City | State | Zip Code

Name of Employer | | Employer's Telephone Number

Address of Employer | City | State | Zip Code

### INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: _Receiving Stolen Property 1st_

Date and Time of Offense: _8-8-06_

Place of Occurrence: _Farrior's Junk Yard (Letohatchee)_

Person Attacked or Property Damaged: _____

How Attached: _____

_____

Was accused under the influence of alcohol or a controlled substance? ☐ Yes ☐ No

Any law enforcement agency contracted? ☑ Yes ☐ No

If yes, which one? _Lowndes County Sheriff_

Did Accused Posses or Use a Weapon? ☐ Yes ☐ No  Types: _____

Did you go to the hospital? ☐ Yes ☐ No

Damage Done or Injuries Received: _____

Value of Property: _____

Details of Offense: _Defendant stole a 1980 Ford F150 pickup truck from the property of John Farrior_

_____

_____

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION

COPY TO _____

FURNISHED BY _____
DATE

☐ Check if additional pages are necessary.

22

| Form CR-57 (back)   Rev.8/98 | DEPOSITION |
| --- | --- |

Any Law Enforcement Agency Contacted? ☐ Yes ☐ No
If yes, which one? _____

I make this statement for the purpose of securing a WARRANT/SUMMONS against the named of accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in the proceeding.

Sworn to and Subscribed before me this

_8th_ _____ day of

_August_ _____

_2006_

_Ruby Area_ _____
Judge/Clerk/Magistrate

_Mr. Rufus Haralson_
Complaint

Social Security Number _____

_P.O. Box 157_
Address _Hayneville, Al. 36040_

## WITNESSES

| Name | Address | Telephone Number |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION

## MAGISTRATE NOTES

Warrant or Summons issued? ☐ Yes ☐ No

COPY TO

Warrant Number #2

FURNISHED BY

DATE

Form CR-10    Rev. 8/98

IN THE _Circuit_ _____ COURT OF _Lowndes_ _____, ALABAMA
      (Circuit or District)                        (Name of County)

STATE OF ALABAMA  v.  _Robert Allen_ _____
                                        Defendant

I, _Robert Allen_ _____ (Defendant), as principal,
and I (we), _____
                       (Please print)
_____, as surety(ies), agree
to pay the State of Alabama the sum of $ _80,000 ᵉᵗ_ and such costs as authorized by law unless the above-named defendant appears before the district court of the county on _____ (date) at _____.M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of _Rec. Stolen property I_ _____, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

| | | | |
|---|---|---|---|
| Signature of Defendant _Robert Allen_ | | | (L.S.) |
| Address (print) _102 Stawberry Lane_ | City _Prattville_ | State _AL_ | Zip _36067_ |
| Signature of Surety/Agent of Professional Surety or Bail Company | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number     Telephone Number | Social Security Number     Telephone Number |
| Address (print)   City   State   Zip | Address (print)   City   State   Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number     Telephone Number | Social Security Number     Telephone Number |
| Address (print)   City   State   Zip | Address (print)   City   State   Zip |

_Feb 7, 2007_
Date

_Willie Vaughner_
Approved by: Judge/Magistrate/Sheriff
_Capt. Laena Gish_
By: Deputy Sheriff

| Defendant's Information | | | | |
|---|---|---|---|---|
| Date of Birth _9/6/1964_ | Sex _M_ | Height _6'3_ | Weight _195_ | Employer |
| Social Security Number _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_ | Race _Blk_ | Hair _Blk_ | Eyes _Bro_ | Employer's Address |
| Driver's License Number   State | Telephone Number ( ) _334) 361-5408_ | | | Employer's Telephone Number |

COURT RECORD: Original      DEFENDANT: Copy      SURETY: Copy

# CONTENT LIST

## 1983 COMPlAINT FORM

1.) Exhibit.1   SupportinG Facts sheets

2.) Exhibit "A"   Consolidated AppeaRance Bond date 2-7-2007
From lowndes County CleRks office

3) Exhibit "B"   letteR dated 7-9-2007

4.) Exhibit "C"   CiRcuit CleRk letteR dated MAY 15, 2007

5.) Exhibit "D"   DistRict CouRt of lowndes County TRansMittAl sheets date 4-20-2007

6.) Exhibit "E"   letteR dated 4-25-2007

7.) Exhibit "F"   DistRict CouRt of lowndes County TRansMittAl sheet date 4-26-2007

8.) Exhibit "G"   letteR dated 4-30-2007

9.) Exhibit "H-1, 2   RetuRn to SendeR, letteR's dated 4-30-2007

10.) Exhibit "I"   letteR dated 5-17-2007

11.) Exhibit "J"   lowndes County ARRest waRRant 8-8-2006 WR 06-434

12.) Exhibit "K"   Deposition RepoRt   8-8-2006 WR-06-434

13.) Exhibit "L"   A Copy of Consolidated AppeaRance bond FRom the Lowndes County SHeRiff DepaRtment dated 2-7-2007

Exhibit "A"

| State of Alabama<br>Unified Judicial System<br><br>Form CR-10    Rev. 8/98 | **CONSOLIDATED APPEARANCE BOND**<br>(District Court, Grand Jury, Circuit Court) | Case Number<br><br>DC 06-578 |

IN THE _Circuit_ COURT OF _Lowndes_, ALABAMA
(Circuit or District) (Name of County)

STATE OF ALABAMA   v.  _Robert  Allen_

**Defendant**

I, _Robert  Allen_

and I (we), _____ (Defendant), as principal,

(Please print)

to pay the State of Alabama the sum of $ _20,000.00_ and such costs as authorized by law unless the above-named defendant _____, as surety(ies), agree appears before the district court of the county on _____ (date) at _____ M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of

_Rec. Stolen Property 1st_ , or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant _Robert Allen_

| Address (print) _1025 Loberry lane_ | City _Prattville_ | State _AL_ | Zip _36067_ | (L.S.) |

| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |

_Feb 7, 2007_
Date

Approved by: Judge/Magistrate/Sheriff _Willie Vaughner_

By: Deputy Sheriff _Capt. Laena Gish_

### Defendant's Information

| Date of Birth _9/6/1964_ | Sex _M_ | Height _6'3_ | Weight _195_ | Employer |
| Social Security Number _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_ | Race _Blk_ | Hair _Blk_ | Eyes _Bro_ | Employer's Address |
| ___'s License Number    State | | Telephone Number _334 361-5408_ | | Employer's Telephone Number |

Exhibit "B"

Please STAMP with YOUR Notary
Seal And MAKE a Copy And send
Me A Copy At Autauga Jail

7-9-2007

INMATE Name: Robert Lee Allen

TO: the CLERK of LOWNDES County, ALABAMA

1.) I want to know has, Robert Lee Allen, ever
been charge with Receiving Stolen PROPERTY
1st? circle one    yes    OR    (NO) [Didn't show
                                      any thing for
                                      Lowndes County]

2.) When is the Court Date OR Trial Date
for this CC-07-56? give date not set yet

3.) Do Robert Lee Allen have Any more pending
charges in Lowndes County, ALABAMA?
circle one    yes    or    (no)    if Any please
list

4.) How Many times has NO, DC-06-578
been in front of the Grand Jury?
Please list the Dates  1/8/07 @ 6/12/07

                    SINCERELY
RLA        7-9-2007    Robert Allen



**CIRCUIT CLERK & REGISTER**
**2nd JUDICIAL CIRCUIT**
Lowndes County P.O. Box 876
Hayneville, Alabama 36040

Ruby Jones, Clerk
Mildred Shoults, Deputy Clerk
& Magistrate

Telephone 548-2252

May 15, 2007

Dear Mr. Robert Allen

I regards to the letter sent to the Lowndes County Clerk's Office dated May 14, 2007, the answer are as follows (answer to each paragraph):

1. A copy of your warrant and bond enclosed
2. You will need to contact the Lowndes County Sheriff's Department
3. You will need to contact the Lowndes County Sheriff's Department
4. You will need to contact the Lowndes County Sheriff's Department
5. A copy of your full case action summary enclosed
6. You were charge with Theft of Property 1st.
7. Your case was continued from the grand jury term January 8, 2007 to the next grand jury term. However, we do not have to contact you before your case is presented before the grand jury. On August 22, 2006 you sign an affidavit of substantial hardship to receive a court appointed attorney (copy enclosed), however, it is your attorney responsibility to contact and let you know that they represent you.
8. Type on Letterhead
9. You will need to contact Atty. Coxwell or Atty. Taylor for the information they receive from their Motion of Discovery and Disclosure Materials, because they didn't receive anything from the Clerk's Office. Atty. Coxwell filed his Motion on August 30, 2006 and Atty. Taylor filed his Motion on December 29, 2006.
10. A waiver of preliminary was made by your attorney Logan Taylor on December 18, 2006.
11. We don't any case numbers list as 06-17322. The only case we have related to you is DC 2006-578.
12. See answer in number 11.
13. You will need to contact Autauga County Sheriff's Department to obtain that information. Also please see your copy of your letter for the answer.
14. You will need to contact Autauga County Sheriff's Department. Also please see your copy of your letter for the answer.
15. See your copy of the letter for the answer.

Exhibit "C"

16. See your copy of the letter for the answer.
17. You will need to contact Sheriff Vaughner (see letter)
18. Mr. Allen we can't amend nor can we write anything on your appearance bond. A copy of your bond is enclosed. Also see your copy of the letter for the answer.
19. See a copy of your letter for the answer.
20. We do not have any grievance's forms on file from the Lowndes County Detention Facility for you.
21. You will need to contact the Lowndes County Sheriff's department for all the days you spent in the Lowndes County Jail and for specific dates. Also, if you want to request a search back to 30 years you will need to contact the Lowndes County Sheriff's Department to do a background check on yourself.
22. Enclosed is a copy of the information request from you, Robert Allen. I hope I've answer your question.


*Camekia Surles-Miles*
Camekia Surles-Miles
Court Specialist

ALABAMA JUDICIAL DATA CEN
LOWNDES          COUNTY

TRANSMITTAL

DC 2006 000578.00
TERRI B LOVELL

```
|---------------------------------------------------------------------------|
|                                                                           |
|             IN THE DISTRICT COURT OF LOWNDES        COUNTY                 |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|  TO: ALLEN ROBERT LEE             ATTORNEY: *** PRO SE ***                 |
|      136 N. COURT STREET                                                   |
|                                                                           |
|      PRATTVILLE    ,AL  36067 0000                                         |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|---------------------------------------------------------------------------|
|                                                                           |
|    MR. ALLEN, A COURT DATE HASN'T BEEN SET FOR YOU, ALSO WE                |
|    DO NOT STAMP APPEARANCE BONDS.  YOU WILL HAVE TO CONTACT THE            |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|        NOTICE DATE: 04/20/2007        CLERK:RUBY JONES                     |
|                                             P O BOX 876                    |
|                                             HAYNEVILLE  AL   36040         |
|                                             (334)548-2252                  |
|                                                                           |
|---------------------------------------------------------------------------|
```
OPERATOR: CAM
PREPARED: 04/20/2007

ALABAMA JUDICIAL DATA CENTER

LOWNDES     COUNTY

TRANSMITTAL

DC 2006 000578.00

TERRI B LOVELL

---

IN THE DISTRICT COURT OF LOWNDES     COUNTY

TO: ALLEN ROBERT LEE        ATTORNEY: *** PRO SE ***
     136 N. COURT STREET

     PRATTVILLE     ,AL   36067 0000

---

LCSD DEPARTMENT AT P O BOX 157, HAYNEVILLE, AL 36040, FOR A
COPY OF YOUR TRANSFER ORDER OR THE COUNTY THAT REQUESTED THE TRANSFER.

NOTICE DATE: 04/20/2007      CLERK: RUBY JONES
                             P O BOX 876
                             HAYNEVILLE   AL    36040
                             (334)548-2252

---

OPERATOR: CAM
PREPARED: 04/20/2007

Exhibit "E"

Robert Lee Allen
136 N. Court. St
PRAttville, Al 36067-
3002

Please Stamp with your Seal
And keep A Copy And send Me A Copy         4-25-2007

INMAtE NAME: Robert Allen

To the: HONORABLE Ruby JONES the
          Clerk of Lowndes County, Al

I AM IN Receipt of your Response to
My letter I want A Copy of the TRANSPORT
ORDER Executed ON     2-7-2007
Done by Deputy. StRothers.
ON 2-7-2007 Deputy StRothers And SGt. BRuton
Told Robert Allen to sign An AppeaRance Bond
to be set free til his CouRt Date.
But AFteR Robert Allen sign the AppeaRance Bond
He was told he was being TRANspoRted to
MONTGOMERY County, Al to A 'GAS StAtion
To Be (HANded OveR) OR TRANSFeR to Autauga
County. To A Deputy SheRiFF FROM Autauga
County that was waiting At the Gas station
to take Robert Allen to Autauga County Jail.

Thank You FoR YouR CoopeRAtion IN ADvance
IN this MAtteR I ONly wish to have A Copy
FoR My RecoRds. Now iF You DoN't have A Copy oN
File IN YouR RecoRds I will Contact the otheR
DepaRt Ment.

                4-25-2007        Robert Allen Lee

ALABAMA JUDICIAL DATA CENTER
LOWNDES        COUNTY

TRANSMITTAL

DC 2006 000578.00
TERRI B LOVELL

```
|---------------------------------------------------------------------------|
|                                                                           |
|              IN THE DISTRICT COURT OF LOWNDES        COUNTY               |
|                                                                           |
|                                                                           |
|                                                                           |
|     TO: ALLEN ROBERT LEE              ATTORNEY: *** PRO SE ***            |
|         136 N. COURT STREET                                               |
|                                                                           |
|         PRATTVILLE      ,AL  36067 0000                                   |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|---------------------------------------------------------------------------|
|                                                                           |
|     MR. ALLEN YOU WILL NEED TO CONTACT DEPUTY SROTHERS OR SGT.            |
|     BRUTON ABOUT A COPY OF THE TRANSPORT ORDER EXECUTED 2/7/07.           |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|                                                                           |
|          NOTICE DATE: 04/26/2007        CLERK:RUBY JONES                  |
|                                               P O BOX 876                 |
|                                               HAYNEVILLE  AL   36040      |
|                                               (334)548-2252              |
|                                                                           |
|---------------------------------------------------------------------------|
```
OPERATOR: CAM
PREPARED: 04/26/2007

Exhibit "G"

Please Stamp with your Seal    4-30-2007
And Keep A Copy And Send Me A Copy
INMATES NAME: Robert Allen , pRose,

To: the HONORABLE Ruby JONES the
CLERK OF Lowndes County, Al

I AM IN Reciept of your letter,

What are you saying your office do not
have A Copy of the "TRANSPORT ORDER"
( yes oR (no) Circle one )
I want you to Know I Appreciate, your
cooperation, And time you have put iN, IN
this MATTER, You must understand that I Must
Exhaust All Resource's, before I proceed with
my writ of 2254 Habeas Corpus. I Also would
like A Current Copy of My Case Action Summary
to send with my writ of Habeas Corpus.
I Also would like to Know if you took My MOTION
FoR DIscovERY, Before the judge And was it GRANTED
OR Denied? AndACopy oF ANy And All pending
Charges?

Robert Allen            RespectFully Submitted.
Autauga County Jail
136 N. CouRt St                 Thank you.
pRAttville, Al, 36067-3002    4-30-2007    pRose, Robert Allen
                                          Robert Allen



RETURN TO SENDER

MONTGOMERY AL 361

30 APR 2007 PM 4 T

RETURN TO SENDER

Exhibit "H"-1

C/o. SGt. BRuttON
P.O. Box 157
Hayneville, Al 36040

RETURN TO SENDER

RETURN TO SENDER

MAIL

Legal

R. Allen
136 N. CouRT, St
PRAttVille, Al 36067 36002

Please Make A Copy And Send ME ONE At
AutAugA Jail

4-30-2007

RECEIVED

INMATES NAME: Robert Lee Allen, prose

TO, LCSD, Department    Robert Allen

DEBRA P. HACKETT, CLR
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

C/O SGt. BRuton,    136 N, Court St
PRAttville, Al, 36067-
3002

Robert Allen, prose,

I AM presently preparing to pursue possible
post-conviction Remedies in Case # DC-06-578
there is A Document that I am in Need of From
Your office to Assist ME in the preparation
of my post-conviction Remedy.
These documents, OR at least some of them,
May have been furnished previously; however,
I AM CONSTRAINED because of Circumstances
beyond My Control and Must ReQuest that I be
sent them At this time. I Robert Allen, prose,
MAke this ReQuest pursuant to the Code of ALABAMA
12-17-94; Article I, Section 6 of the AlAbAmA Con-
stitution; Robert Allen was Contacted by way of
U.S. MAil And informed that he was to CoNtact
SGt. BRuton, FoR A Copy of the "TRANSPORT ORDER"
Done 2-7-2007, Of the "TRANSFER OF INMATE
Robert Allen to ANother County. If yoy ARE
uNAble to provide ME with A Copy of the "TRANSPORT
ORDER" Please Explain to ME Why.
I NEED A Copy within the Next (7) Day's.    Robert Allen

4-30-2007    PROSE RobertAllen

MONTGOMERY AL 361

30 APR 2007 PM 2 L

RETURN TO SENDER

RETURN TO SENDER

Exhibit "H" 2

R. Allen
136 N. Court, St
Prattville, AL 36067-3002

C/o Deputy L. Strothers
P.O. Box 157
Hayneville, Al 36040

RETURN TO SENDER

Please MAKE A Copy, AND Send ME ONE At
Autauga Jail

4-30-2007

RECEIVED
2007 OCT 17 A 9: 31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

INMATES NAME: Robert Lee Allen, PROSE

To, LCSD, Department,

C/o: Deputy. STRothers,

Robert Allen, PROSE,

Robert Allen
Autauga County Jail
136 N. COURT. St
PRAttville, Al. 36067-
3002

I AM presently preparing to pursue possible
post-CONviction Remedies iN Case # DC-06-578
there is a Document that I AM iN Need of FROM your
office to Assist Me iN the preparation of My post-CON-
viction Remedy. These documents, OR at least SOME
of them, May have been furnished previously; however,
I Am CONSTRAINED because of Circumstances beyond
My Control and Must ReQuest that I be Sent them
At this time. I Robert Allen, PROSE, MAKE this ReQuest
PURSUANT to the Code of AlABAMA 12-17-94; ARticle I,
Section 6 of the AlABAMA CONStitution; Robert Allen
was CONtacted by way of U.S. MAil And informed that
he was to Contact Deputy. STRotherS, FoR A Copy of
the "TRANSport ORDER" Done 2-7-2007, of the TRANSFeR of
INMate Robert Allen, to ANother County. Now if NO "ORDeR
of TRANSFeR" was Needed, Check oNe ____ yes OR ___ NO
And Sing Sign your Name As usual in these types _____
to CONfirm proof that you understand what I     SigN
AM Asking foR, I want A Copy of the "TRANSport ORDER"
if you Check (yes) Above I want a Copy within the
Next (7) day's.   4-30-2007   DRoSe Robert Allen

Please STAMP With your Seal
And send Me back A copy At the
Jail Thank you

Exhibit "I"  1 OF 3

5-17-2007

INMATE NAME: Robert Allen, PROSE

Office of the Clerk, the HONORABLE Ruby JONES
The Clerk of Lowndes County ALABAMA

Re: ReQuest FOR Documents
Please Staple All three Bonds together, Separate

Robert Allen
136 N Court St
PRATTVILLE Al, 36067-
3002

As you Already know, I Am pursueing possible
post-CONVICTION Remedies IN My case, case
NO. DC 06-578, I want A copy of this Document
below And A couple copyies of Another Document
I ASK the CleR'K's office to do A ~~xxxx~~ complete
Search FoR ReQuested ARRest (ENDORSE) warrant's
1.) I want A copy of ARRest warrant's thats
IN your files of RECORDS, that the Judge OR
MagistRate of lowndes County, put their
WRitten Endorsement oN to Allow Autauga
County to Execute A ARREST WARRANT ON
Robert Allen ON these dates listed Below
I was INFoRm by the Courts to get these Copies
FROM Lowndes County CleRKs office; Here is the
Dates that Robert Allen, was ARRested by Autauga
County AfteR Already being IN Lowndes County Custody
And TRANSFER oveR to Autauga County.
Dates: 10-10-2006   And ~~2-7-2007~~ 2-7-2007.

2 oF 3

5-17-2007

Robert Allen, pro se, ONly want the Endorse ARRest warrants, that is sign by Any Judge oR MAgistRate of LowNdes County, that sign the ARRest warrant FRom Autauga County Do YouR office have A Copy of these Autauga County ARRest warrants b EXECUTED IN YouR County AND IN MONtgomery County. CIRCLE ONE Yes. OR NO

If you ANsweR NO please, Explain to Robert Allen why you don't have A Copy of these ARRest warrants Exeecuted IN LowNdes County, And MONtgomery County, LowNdes County Deputie's of the sheriff's DepartMent was present At each time Robert Allen was Arrested And taken From theiR Custody.

2.) To the, HONORABLE ClerK, Robert Allen, prose is lacking His MotioN of DiscoveRy MAterials Can you check oN its progRess.

3.) I want you to send (Me) Robert Allen, pro se (3) three Copies of his Appearance BoNd Because Robert Allen has no way of Making Copies And he needs to submit them with otheR Documents to the CouRts   Thank you

pRO se Robert Alle

5-17-2007

3 OF 3

Thank you for putting up with me, And    5-17-2007
your cooperation in this matter

4.) I'M sorry for the Misunderstanding, IN my
last ReQuest what I was Requesting
was Not A copy of My case Action summary
but A full copy of ANY And All Documents
thats listed oN My case Action summary
IN Full. As you Already Know Robert Allen is
pro se And All of these Documents Are vital
to his defense I Know you have these documents
And Robert Allen, pro se wants A full copy of All
And Any IN Short every thing thats been before
the judge oR MagistRate so that I caN properly
prepare My defense

5.) Robert Allen wants to know why your office don't Know
what A "B" Bond Is when it is listed oN Robert Allen
Case Action summary, be sheet. It not a "B" Bond
B stands for Bond.

6.) To, the Clerk, Ruby JoNes, ROBERt AlleN, pro se.
would like to know how MANY times, Robert Allen
been ARRested IN the County of Lowndes. I Already
know your office has Access to this INformatioN
I have Requested. So I ReQuest that you Attain
these documents by way of fax MACHINE oR other Means

7.) I want A copy of Robert Allen Criminal Background

8.) I want to Know has Robert Allen, Charge of Theft
of pRoperty 1st, Been Change to Another Charge since 8-8-06
circle one    yes    oR  (NO)   Robert allen prose  ARRest
                                                     Date

# W A R R A N T

STATE OF ALABAMA                    LOWNDES COUNTY                    DISTRICT   COURT

AGENCY NUMBER: C

WARRANT NUMBER: WR 2006 000434.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JAMES THOMAS   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF LOWNDES COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
                          REC STOLEN PROP 1ST    CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF AUGUST, 2006.

BOND SET AT: (1)     $20,000.00  BOND TYPE: PROPERTY BOND
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

---

CHARGES: REC STOLEN PROP 1ST   13A-008-017                 F  FELONY

---

NAME: ~~JAMES THOMAS~~  Robert Lee Allen          ALIAS:
ADDRESS: ~~C/O LO. CO. SHERIF'S~~                 ALIAS:
ADDRESS: ~~OFFICE P O BOX 157~~
CITY: HAYNEVILLE             STATE: AL           ZIP: 36040 0000
1025 Blueberry Ln. Prattville AL 36105           PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ~~00/00/0000~~ 09/01/1914  RACE: B   SEX: M   HAIR: BLK
EYE: BRO   HEIGHT: ~~0'00"~~ 6,3  WEIGHT: 000
SID: 000000000    SSN:          DL NUM:
                  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

---

# E X E C U T I O N

EXECUTED  THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(✓)  PLACING DEFENDANT IN THE LOWNDES COUNTY JAIL
(  )  RELEASING DEFENDANT ON APPEARANCE BOND

THIS _____ 8 _____ DAY OF _____ Aug _____           2006

SHERIFF   Willie Vaughner

BY   Jimmey Harris

---

COMPLAINANT:  INV. RUFUS HARALSON
              C/O SHERIFF'S DEPT.
              P O BOX 157
              HAYNEVILLE   AL  36040    PHOTOCOPY OF
                                        ALABAMA BUREAU OF INVESTIGATION

OPERATOR: RUJ       DATE: 08/08/2006
                          ~~COPY TO~~ #1

FURNISHED BY _____
DATE _____

DISCOVERY

EXHIBIT 22

ALABAMA JUDICIAL INFORMATION SYSTEM
* * * IN THE DISTRICT COURT OF LOWNDES COUNTY * * *

AGENCY NUMBER: C

WARRANT NUMBER: WR 2006 000434.00
OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF LOWNDES COUNTY, ALABAMA, PERSONALLY APPEARED INV. RUFUS HARALSON WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT JAMES THOMAS DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT 8/8/06, INTENTIONALLY RECEIVE, RETAIN OR DISPOSE OF STOLEN PROPERTY, TO-WIT: 1980 FORD F150 PICKUP TRUCK, THE PROPERTY OF, TO-WIT: JOHN FARRIOR, KNOWING THAT IT WAS STOLEN OR HAVING REASONABLE GROUNDS TO BELIEVE IT HAD BEEN STOLEN AND NOT HAVING THE INTENT TO RESTORE IT TO ITS OWNER!
IN VIOLATION OF 13A-008-017 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_Inv. Rufus Haralson_
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 08 DAY OF AUGUST, 2006.

_Ruby Jones_
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: REC STOLEN PROP 1ST    13A-008-017    F   FELONY

WITNESS FOR THE STATE

INV. RUFUS HARALSON /C/O SHERIFF'S DEPT./P O BOX 157/HAYNEVILLE/36040

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION
OPERATOR: RUJ    DATE: 08/08/2006

COPY TO

FURNISHED BY

DATE

DISCOVERY

EXHIBIT NUMBER 22

| State of Alabama<br>Unified Judicial System<br>Form CR-57 (front)   Rev.8/98 | **DEPOSITION** | Warrant/Summons Number<br>CR 06   434<br>Case Number |
|---|---|---|

IN THE __Circuit__ COURT OF __Lowndes__, ALABAMA
(Circuit, District, or Municipal)                    (Name of Municipality or County)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. __James Thomas AKA Unknown__
                                                          Defendant

### INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

Name of Accused (or Alias) __James Thomas AKA Unknown__

| Social Security Number | | Driver's License Number | | Date of Birth | Age | Race B | Sex M |
|---|---|---|---|---|---|---|---|
| Height | Weight | Hair | Eyes | Complexion | | | |

Address of Accused (or Alias) _____ City _____ State ____ Zip Code ____

Name of Employer _____ Employer's Telephone Number ____

Address of Employer _____ City _____ State ____ Zip Code ____

### INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: __Receiving Stolen Property  1st__

Date and Time of Offense: __8-8-06__

Place of Occurrence: __Farrior's Junk Yard Letohatchee__

Person Attacked or Property Damaged: _____

How Attached: _____

Was accused under the influence of alcohol or a controlled substance? ☐ Yes ☐ No

Any law enforcement agency contracted? ☑ Yes ☐ No

If yes, which one? __Lowndes County Sheriff__

Did Accused Posses or Use a Weapon? ☐ Yes ☐ No    Types: _____

Did you go to the hospital? ☐ Yes ☐ No

Damage Done or Injuries Received: _____

Value of Property: _____

Details of Offense: __Defendant stole a 1980 Ford F150 Pickup Truck from the property of John Farrior__

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION

COPY TO

FURNISHED BY _____
DATE _____
☐ Check if additional pages are necessary.

22

| Form CR-57 (back)   Rev.8/98 | DEPOSITION |
| --- | --- |

Any Law Enforcement Agency Contacted? ☐ Yes  ☐ No
If yes, which one? _____

I make this statement for the purpose of securing a WARRANT/SUMMONS against the named of accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in the proceeding.

Sworn to and Subscribed before me this

_8th_ _____ day of

_Augu5t_ _____

_2006_ _____

_Ruby Brea_ _____
Judge/Clerk/Magistrate

Complaint _Mr. Rufus Haralson_

Social Security Number _____

Address _P.O. Box 157_
_Haynville, Al. 36040_

## WITNESSES

| Name | Address | Telephone Number |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

PROPERTY OF
ALABAMA BUREAU OF INVESTIGATION

## MAGISTRATE NOTES

Warrant or Summons issued? ☐ Yes ☐ No

COPY TO
Warrant Number #2

FURNISHED BY
DATE

Form CR-10    Rev. 8/98    (District Court, Grand Jury, Circuit Court)

IN THE _Circuit_ _____ COURT OF _Lowndes_ _____, ALABAMA
　　　(Circuit or District)　　　　　　　　　　　(Name of County)

STATE OF ALABAMA  v.  _Robert Allen_ _____
　　　　　　　　　　　　　　　　　　Defendant

I, _Robert Allen_ _____ (Defendant), as principal,
and I (we), _____
　　　　　　　　　　　(Please print)
_____, as surety(ies), agree
to pay the State of Alabama the sum of $ _80,000_ _ and such costs as authorized by law unless the above-named defendant appears before the district court of the county on _____ (date) at _____.M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of _Rec. Stolen Property 1_, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant _Robert Allen_ | (L.S.) |
|---|---|
| Address (print) _102 Slowberry lane_  City _Prattville_  State _AL_  Zip _36067_ | |

| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
|---|---|
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)  City  State  Zip | Address (print)  City  State  Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)  City  State  Zip | Address (print)  City  State  Zip |

Approved by: Judge/Magistrate/Sheriff _Willie Vaughner_

_Feb 7, 2007_
Date

By: Deputy Sheriff _Capt. Laura Gish_

## Defendant's Information

| Date of Birth _9/6/1964_ | Sex _M_ | Height _6'3_ | Weight _195_ | Employer |
|---|---|---|---|---|
| Social Security Number _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_ | Race _Blk_ | Hair _Blk_ | Eyes _Bro_ | Employer's Address |
| Driver's License Number    State | Telephone Number ( ) _334) 361-5408_ | | | Employer's Telephone Number |

COURT RECORD: Original　　　DEFENDANT: Copy　　　SURETY: Copy

EXHIBIT