AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

### RECEIVED District of _____

Robert Allen _____
2007 OCT 17 A 9 **APPLICATION TO PROCEED**
Plaintiff **WITHOUT PREPAYMENT OF**
DEBRA P. HACKETT **FEES AND AFFIDAVIT**
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

Lowndes co. Sheriff et al

CASE NUMBER: 2:07cv 928-MHT

Defendant

I, Robert lee Allen _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Autauga County Jail

    Are you employed at the institution?  no    Do you receive any payment from the institution?  _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☑ No
    b.  Rent payments, interest or dividends          ☐ Yes          ☑ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
    d.  Disability or workers compensation payments          ☐ Yes          ☑ No
    e.  Gifts or inheritances          ☐ Yes          ☑ No
    f.  Any other sources          ☐ Yes          ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.   Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes," state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

10/12/2007          Robert Lee A llen
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

TO: __MoNey Clerk__      DATE: __10/8/2007__

BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:    COPY
NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

I want A Transcript going back 6 Months

On how much Money I've Receive in this Jail

INMATE NAME: __Robot Allen__      POD ASSIGNMENT: __7-02__

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

OFFICER'S SIGNATURE      DATE