IN THE UNITED STATE DISTRICT MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN,
PLAINTIFF,
V.                          CASE NO. I don't know
                            Case NO. 2:07-CV-928-MHT

LOWNDES COUNTY SHERIFF DEPARTMENT
CAPTAIN, LAURA GRESHAM
CIRCUIT CLERK, RUBY JONES
DEPUTY, O.J. STROTHER
SGT. L. BRUTTON
            DEFENDANTS,

MOTION FOR LEAVE TO AMEND ORIGINAL 42 U.S.C. § 1983 ACTION, TO ADD AUTAUGA COUNTY ARREST WARRANT'S NUMBERS AMENDMENT TO COMPLAINT

COMES NOW, the plaintiff, ROBERT LEE ALLEN, PRO SE, IN the Above Styled, And would Move the HONORABLE COURT to leave to AMEND ORIGINAL 1983 COMPLAINT. The plaintiff will Show the COURT AS follow:

1 of 3

Below listed Autauga County Arrest Warrants.

1.)
1. WR-06-165
2. WR-06-166
3. WR-06-167
4. WR-06-168
5. WR-06-169

2.) Lowndes County Deputy Sheriff O.J. Strother Transported Robert Lee Allen outside Lowndes County, so that Autaga County Deputy B. Dillon could Execute the Above Autauga County Arrest warrants on him outside both officer's Jurisdiction.

3.) Violation of Code 1975, § 15-10-10, 15-10-12, And Title 11-40-10, Title 6-5-338.

4.) See: Ala. R. Crim. P., Article 1, Arrest Before Indictment

5.) see: Moore v. Crocker, 852 So. 2d 89 (Ala. 2002) Newton v. Town of Columbia, 695 So. 2d 1213 Ex Parte Borden, 769 So. 2d 959 [3] 18,19)

6.) Illegal Release, to Execute these Autauga County Arrest warrants by Jail officials And Transport.

2 of 3

7.) Montgomery County was not present nor notified on 2/7/2007 the date these Autauga County arrest warrants were executed in their County.

WHEREFORE, the plaintiff would further respectfully request that this Honorable Court let this case proceed. The plaintiff has already proven by the Exhibits that he has provided to this Honorable Court that something is not right somewhere, and thus there should be some right to find out the truth to this matter.

Respectfully Submitted,

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing on the HONORABLE CLERK, MRS. DEBRA HACKETT, by placing same in the United States Mail 1st class postage prepaid on this 17th day of October 2007.

10/17/2007
Pro se Robert Allen
Robert Allen

Robert Allen
Autauga County Jail
136 N. Court St
Prattville, Al 36067-3002

3 of 3



Robert lee Allen
136 N. Court ST
PRAttville, Al 36067-3002

HonorAble, MRS. DebRA Hackett
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

INMATE MAIL
AUTAUGA METRO JAIL