IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN                          *

    Plaintiff,                            *

       v.                                *                    2:-07-CV-928-MHT

LOWNDES COUNTY SHERIFF'S          *
DEPARTMENT, *et al.*,

                                 *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of the Motion for Leave to Amend Complaint filed by Plaintiff

on October 22, 2007,  it is

ORDERED that the motion (Doc. No. 3) be and is hereby GRANTED.

Done, this 22nd day of October 2007.


           /s/   Wallace Capel, Jr.
           WALLACE CAPEL, JR.
           UNITED STATES MAGISTRATE JUDGE