IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert LEE ALLEN,
    Plaintiff,

V.                        Case No. 2:07-CV-928-MHT

LOWNDES County SHERIFF's DEPARTMENT, et al.,
    Defendants.

MOTION FOR LEAVE TO AMEND ORIGINAL § 1983 TO USE AS EVIDENTIARY EVIDENCE THE Exhibits FROM PLAINTIFF'S RESPONSE AND ANSWER to the DEFENDANTS SPECIAL REPORT IN CASE NUMBER 2:07-CV-90-ID AMENDMENT TO COMPLAINT

COMES NOW, the plaintiff, Robert Lee Allen, pro se in the above styled cause and would move the Honorable Court to take jurisdiction and Grant plaintiff leave to Amend Original § 1983 Complaint and he would support this Motion with the following:

1.) Plaintiff is incarcerated and cannot afford to pay the processing by U.S. Mail.

2.) It is already establish in the United States Court that I am indigent, and my status has not change(d).

3.) Plaintiff, has already establish the fact that he has been denied access to the Law Library and jail copying Machine.

4.) Plaintiff cannot safely go to trial without these Exhibits to show Merit to this cause.

5.) The Defendants will not be prejudiced by this Amendment.

6.) Plaintiff does not have sufficient means and is actually unable to pay the fees Required by the Court to purchase copies.

7.) Case No. 2:07-CV-90-ID, is connected to this Instant Complaint. (Please Review Exhibits No. in Defendant Response and Answer Exhibit's "C", "D", "E", "F", "G".

## CONCLUSION

WHEREFORE, the plaintiff, prays that this HONORABLE COURT take jurisdiction in this Matter and GRANt the plaintiff's Motion in His FAVOR

## CERTIFICATE OF SERVICE

I Certify that I have served a true and correct copy of the foregoing on the Honorable Clerk Debra Hackett by placing same in the United States Mail 1st class postage prepaid on this 30th day of October 2007.

10-30-2007

PRO SE Robert L Allen
Robert L Allen

Mr. Robert Allen
Autauga Jail
136 N. Court ST
Prattville, Al 36067-3002

INMATE MAIL
AUTAUGA METRO JAIL

MONTGOMERY AL 361
29 OCT 2007 PM 2 L

OFFICE of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711