IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN                       *

    Plaintiff,                               *

        v.                                     *          2:-07-CV-928-MHT

LOWNDES COUNTY SHERIFF'S      *
DEPARTMENT, *et al.*,
                                      *

    Defendants.
_____

**ORDER**

Before the court is Plaintiff's pleading captioned *Motion for Leave to Amend Original § 1983 to Use as Evidentiary Evidence the Exhibits from Plaintiff's Response and Answer to the Defendants' Special Report in Case Number 2:07-CV-90-ID Amendment to Complaint*. The essence of Plaintiff's motion is a request that the court make copies of documents and/or exhibits he filed in another civil action he has pending in this court and that the court file those copies in the above-captioned action. In support of his motion, Plaintiff maintains that he is indigent and cannot afford mailing fees, that's he already established that he has been denied access to the courts and the jail's copying machine, that he cannot go to trial without the requested documents, that he does not have the money to pay the court to provide him with copies, and that Civil Action No. 2:07-CV-90-ID is connected to this complaint.

At this juncture, the court concludes that Plaintiff's motion, construed as a motion for free copies, is due to be denied. Neither the court nor Defendants are required to provide him

with copies of documents without prepayment of costs. If Plaintiff wishes to receive copies from this court, he may do so upon prepayment of fifty ($.50) cents per page.

Plaintiff is further informed that he may utilize any means available to him to produce copies of documents and pleadings including, but not limited to, handwritten copies of the pleadings and evidentiary materials he seeks to submit to this court and which he must also serve on defendants or counsel for defendants where counsel has entered an appearance. It is Plaintiff's responsibility to procure copies of the pleadings and evidentiary materials and provide such to the court and defendants or counsel for defendants. Additionally, the record reflects that Defendants are under order to file a special report to include relevant affidavits, records, rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Thus, the documents Plaintiff seeks to have filed in this matter potentially may be submitted by Defendants upon the filing of their written report.[1]

Accordingly, it is ORDERED that Plaintiff's October 30, 2007 motion, construed as a motion for free copies (*Doc. No. 8*), be and is hereby DENIED.

Done, this 31st day of October 2007.

    /s/ Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may also request that the court take judicial notice of its own records if he seeks to support the claims presented in this action with relevant documents he previously filed in another civil action.