**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

.J. Strother, Deputy
owndes County Sheriff's Dept./Jail
O. Box 157
aynesville, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rufus Haralsa*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   10-30-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   pro se 07cv928
   and cmp + ans
   + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from...)  7007 1490 0000 0024 8325

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540