**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X  _Rufus Haralson_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_12-30-07_

ura Gresham, Captain
wndes County Sheriff's Dept/Jail
.O. Box 157
Haynesville, AL  36040

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

_CAN, AMA 100MP_
_07CV928_

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service     7006 2760 0005 4873 0393

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540