IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 NOV -5 A 10: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Lee Allen,
 plaintiff,
V.                                             2:07-cv-928-MHT

Lowndes County Sheriff's
Department, et al.;

### REQUEST the HONORABLE COURT TO TAKE JUDICIAL NOTICE OF ITS RECORDS

COMES NOW, The plaintiff, Robert Lee Allen, pro se and Respectfully moves this Honorable Court To Grant this Request To Support the claims presented in this action, Relevant documents previously file in Case No. 2:07-cv-90-ID. Requested listed below as follows:

1.) Exhibits from, plaintiff's Response and Answer To the Defendant's Report To the Magistrate

2.) Requested Exhibits,

2.A.) Exhibit "D" Consolidated bond, Affidavits signature list, to show the Court a pattern that being followed I will Demonstrate to the Courts as this proceeding progresses.

B.) Exhibit's "E" Copies of the True signatures of Vaughner, Gresham

C.) Exhibit "F" Copy of Changed Consolidated bond, an Affidavit of Substantial Hardship

3.) Robert Allen, want the Honorable Court to know that after 5 days of filing this case No. 2:07-cv-90-ID, Robert Allen was Told to sign this Bond to be Release until his Court date, this Instant Request Contains Altered signatures, and True signatures.

## CERTIFICATE OF SERVICE

I pro se, Robert Allen, sending a Copy of the foregoin Request to the Honorable Debra Hackett, by U.S. Mail Properly Address with postage prepaid this the 1st day of November 2007.

11/1/2007                     Pro se Robert L Allen
                                    Robert L Allen

Robert Allen
tauga Jail
N. Court ST
ttville, Al 36067-3002

MONTGOMERY AL 361
02 NOV 2007 PM 4 L

INMATE MAIL
AUTAUGA METRO JAIL

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711