IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN                    *

     Plaintiff,                     *

         v.                       *               2:-07-CV-928-MHT

LOWNDES COUNTY SHERIFF'S            *
DEPARTMENT, *et al.*,
                                    *
     Defendants.

_____

**ORDER ON MOTION**

Plaintiff request that the court take judicial notice of its own records.  Specifically,

Plaintiff asks the court to take judicial notice of certain exhibits he filed in *Allen v. Cottrell*,

Civil Action No. 2:07-CV-90-ID, to support the claims he presents in the instant matter.

Upon consideration of the motion. it is

ORDERED that the motion (*Doc. No. 13*) be and is hereby GRANTED to the extent

the court determines and/or Plaintiff demonstrates that such documents and/or exhibits are

relevant to support the claims presented herein.

Done, this 7th day of November 2007.

                  /s/   Wallace Capel, Jr._____
                  WALLACE CAPEL, JR.
                  UNITED STATES MAGISTRATE JUDGE