IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Robert Lee Allen,
    Plaintiff,
V.

    2:07-CV-85-WKW
    2:07-CV-90-ID
Case No. 2:07-CV-928-MHT
    2:07-CV-982-WKW

Autauga County Sheriff
Dept., et al.,
    Defendants.

## MOTION IN LIMINE

COMES NOW, the plaintiff, Robert L. Allen, pro se in the Above Referenced Case and Moves this Honorable Court IN LIMINE For An ORDER instructing the Defendants an Attorney to Refrain Absolutely from Asking Any direct or Indirect Question's or Reference whatsoever in person, by Counsel, or through witnesses, to evidence or testimony described. In Support of this Motion the plaintiff's shows the following:

1.) The trial will involve a determination of these basic issues.

2.) Whether or Not the Defendants violated Robert L. Allen, Constitutional and Civil Rights Due to him by case law, And the Amendments of the U.S. Constitution.

3.) The plaintiff, believes and Alleges that at trial the Defendant's Attorney will Attempt to make Reference to, or otherwise leave the jury with the impression that he has been involve(d) as a perpetrator an lives a dangerous lifestyle, and subsequently Convicted in previous cases.

4.) It is Inmaterial and Unnecessary to the disposition of this case and Contrary to the Rules of Evidence Recognized by law in this state to permit such evidence or inference and would be Highly prejudicial to the plaintiff in the Minds of the jury in that evidence would place the plaintiff's Character in issue and inform the jury of past crimes and offense's for which the plaintiff's has been Convicted.

5.) An ORDINARY Objection during the Course of Trial, even if substained with proper instruction to the jury, will not Remove(d) the effect of such Evidence or knowledge these past Allege Activities of the plaintiff's are too Unrelated and too

Removed in time to have any evidentiary value in the case at Bar.

6.) The plaintiff is _Not_ on trial in this cause But merely want the truth to come out at the time of the trial. And let the jury to decide on the Evidence that is produce by both parties in this Instant case.

## CONCLUSION

Wherefore, the plaintiff, beleives that this Motion is vital to this cause so that the truth can be obtain Untainted. Plaintiff prays that this Honorable Court take jurisdiction in this matter.

## CERTIFICATE OF SERVICE

I Certify that I have served a true copy of the foregoin on the Honorable Clerk Mrs. Debra Hackett, by placing same in the mail 1st class, postage paid on this 12th day of November 2007.

11/12/2007            Pro se Robert L Allen

Robert L. Allen
136 N. Court St
Prattville, Al 36067-3002

3 of 3

MR. Robert L Allen
Autauga Metro Jail
136 N. Court ST
PRattville, Al 36067-3002



Legal Documents Enclosed

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711

INMATE MAIL
AUTAUGA METRO JAIL

36101+0711-11 B007