IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:-07-CV-928-MHT |
| LOWNDES COUNTY SHERIFF'S DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's motion in limine. Plaintiff is advised that this matter has not been set for an evidentiary hearing or trial. The motion in limine, is, therefore, due to be denied.

Accordingly, it is ORDERED the motion in limine *(Doc. No. 15)* be and is hereby DENIED.

Done, this 15th day of November 2007.

 /s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE