IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT LEE ALLEN            *

    Plaintiff,               *

    v.                       *       2:-07-CV-928-MHT

LOWNDES COUNTY SHERIFF'S    *
DEPARTMENT, *et al.*,
                             *

    Defendants.

_____

**ORDER**

It appears from a review of the proceedings in this matter that service has not been perfected on Defendant Strother. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Strother, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before November 28, 2007 Plaintiff shall furnish the clerk's office with the correct address for Defendant Strother. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility; and

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Strother will not be served, he will not be a party to this cause of action, and this case will proceed

only against those defendants on whom service is perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done, this 15th day of November 2007.

    /s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE