11/9/2007

To: Honorable Clerk, Mrs. Debra Hackett

Re: Requesting info

I am in Receipt of (Doc. No. 14) Case No. 2:07-CV-928-MHT you stated in this Motion <u>Allen V. Cottrell,</u> in the past (you) or the Honorable Court's has always Address the above case in this manner Robert Lee Allen V. Lowndes County Sheriff's Dept, ET AL.
Plaintiff,                                    Defendants,

1.) I want to know is Vaughner, Cottrell, Gresham, Lawson (Bolling), Lee, is still part of case No. 2:07-CV-90-ID or disconected seperately.

2.) I also want to know why a Ruling has not been made on the <u>Objection</u> to the <u>"Conflict Disclosure Statement"</u> (filed) submitted prose by Robert Allen. 6/20/2007   (6/27/2007 Doc. No. 42)

Thank you, for your Earliest Response in this Request

Sincerely
Robert L Allen
11-9-2007