IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-928-MHT (WO) |
| LOWNDES COUNTY SHERIFF'S DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER**

There being no objections to the Recommendation of the Magistrate Judge filed 22 October 2007 (Doc. #7), and after an independent and de novo review of the record; it is hereby

ORDERED that:

1. The Recommendation (Doc. #7) is ADOPTED;

2. Plaintiff's claims against Defendants Lowndes County Sheriff's Department and Ruby Jones and his conspiracy claim are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) & (iii);

3. The Lowndes County Sheriff's Department and Ruby Jones are DISMISSED as defendants to this cause of action;

4. To the extent Plaintiff presents claims challenging criminal charges pending against him before the state courts, these claims are DISMISSED without prejudice in

accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

     5.    This case, with respect to Plaintiff's claim alleging a false and/or illegal arrest, is referred back to the Magistrate Judge for appropriate proceedings.

    DONE, this the 28th day of November, 2007

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE