IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:-07-CV-928-MHT |
| CAPTAIN LAURA GRESHAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that on or before December 14, 2007 Defendants shall SHOW CAUSE for failing to file an answer and written report on or before November 30, 2007 as directed by order entered October 22, 2007.

Done, this 6th day of December 2007.

/s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE