IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT LEE ALLEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-00928-MHT-WC |
| | ) |
| **LOWNDES COUNTY SHERIFF'S** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO SHOW CAUSE ORDER AND MOTION FOR EXTENSION OF TIME

COME NOW Defendants Laura Gresham, a Captain at the Lowndes County Sheriff's Office, and Lorraine Brutton, a Sergeant at the Lowndes County Sheriff's Office, and respond to this Court's December 6, 2007 Order to show cause, and moves this Court to extend their time until December 31, 2007 for filing their Answer and Special Report to the Plaintiff's Complaint as directed by this Court's Order entered October 22, 2007. In support of this response and motion, Defendants Gresham and Brutton state as follows:

1. On November 15, 2007, counsel for these Defendants received a copy of the Plaintiff's Motion in Limine. (Doc. 15.) Counsel for these Defendants represent the Defendants named in two of the four actions referenced by the Plaintiff in his Motion in Limine, 2:07-cv-85-WK and 2:07-cv-90-ID, but before receiving the Plaintiff's Motion in Limine, counsel for these Defendants had no notice whatsoever of this action.

2. After discovering the two additional actions, counsel for these Defendants checked the case-action summary and found this Court's October 22, 2007 Special Report. On

November 21, 2007, counsel for these Defendants prepared a Motion to extend the November 30, 2007 deadline for Defendants' Special Report in this action.

3. On November 22, 2007, counsel for these Defendants left the country for ten days and was without internet or email. Unbeknownst to counsel for these Defendants, the Motion for Extension of Time was not properly logged on the PACER e-file system. Counsel for these Defendants first received notice that the Motion was not filed on December 6, 2007, when this Court entered its Show Cause Order.

4. Counsel for Defendants has not been able to meet with Defendants Gresham and Brutton and is in need of this additional time to meet with them and fully review the documentation that is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

5. Defendants Gresham and Brutton have not previously requested an extension of time in this case.

6. The Plaintiff will not be prejudiced by the requested extension.

7. Defendants Gresham and Brutton herein respectfully request this Court to grant an extension of time up to and including December 31, 2007, in which to prepare a Special Report and Answer in response to the Plaintiff's Complaint.

WHEREFORE, PREMISES CONSIDERED, Defendants Laura Gresham and Lorraine Brutton respond to this Court's show cause order and respectfully move this Court to grant them an extension of time up to and including December 31, 2007 in order to file their Special Report and Answer.

Respectfully submitted on this the 7th day of December, 2007.

        **s/Joseph L. Hubbard, Jr.**
        JOSEPH L. HUBBARD, JR., Bar No. HUB015
        DARYL L. MASTERS, Bar No. MAS018
        Attorneys for Defendants Laura Gresham
        and Lorraine Brutton
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed a copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Robert Lee Allen
        Autauga Metro Jail
        136 N. Court Street
        Prattville, Alabama 36067-3002

        s/**Joseph L. Hubbard, Jr.**
        OF COUNSEL