IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:-07-CV-928-MHT |
| CAPTAIN LAURA GRESHAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Response to Show Cause Order and Motion for Extension of Time, and for good cause shown, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 23*) is GRANTED; and

2. Defendants are GRANTED an extension from November 30, 2007 to December 31, 2007 to file their answer and written report.

Done, this 7th day of December 2007.

/s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE