IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:07-cv-00928-MHT-WC |
| LOWNDES COUNTY SHERIFF'S DEP'T, et al., | ) ) ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Laura Gresham, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[X] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/11/07
Date

_____
Counsel Signature

Laura Gresham and Lorraine Brutton
Counsel for (print names of all parties)

P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Joseph Lister Hubbard, Jr., do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 11th day of December 2007, to:

Robert Lee Allen, Autauga Metro Jail, 136 North Court Street, Prattville, AL 36067-3002

_12/11/07_
Date

_[signature]_
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-00928-MHT-WC |
| LOWNDES COUNTY SHERIFF'S DEP'T, et al., | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Lorraine Brutton, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/11/07
Date

_Counsel Signature_

Laura Gresham and Lorraine Brutton
Counsel for (print names of all parties)

P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Joseph Lister Hubbard, Jr., do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 11th day of December 2007, to:

Robert Lee Allen, Autauga Metro Jail, 136 North Court Street, Prattville, AL 36067-3002

12/11/07
Date

Signature