IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
|     Plaintiff, | * | |
|     v. | * | 2:-07-CV-928-MHT (WO) |
| LOWNDES COUNTY SHERIFF'S DEPARTMENT, *et al.*, | * | |
| | * | |
|     Defendants. | | |

_____

**ORDER**

There being no objections to the Recommendation of the Magistrate Judge filed 28 November 2007 (Doc. #21), and after an independent de novo review of the record; it is hereby

ORDERED that:

1. The Recommendation (Doc. #21) is ADOPTED;

2. Plaintiff's Motion to Dismiss Defendant O.J. Strother (Doc. #19), is GRANTED;

3. Defendant O.J. Strother is DISMISSED with prejudice as a party to this complaint; and

4.	This case with respect to the remaining defendants is REFERRED BACK to the Magistrate Judge for additional proceedings.

DONE, this the 19th day of December, 2007.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE