IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE ALLEN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:07-cv-00928-MHT-WC |
| ) | |
| LOWNDES COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
|     Defendants. ) | |

## **DEFENDANTS' ANSWER**

COME NOW Captain Laura Gresham, Administrator of the Lowndes County Jail, and Sergeant Lorrain Brutton, Corrections Officer at the Lowndes County Jail, Defendants in the above-styled cause, and answers the Plaintiff's Complaint as follows:

### **Answer**

The Defendants in this action deny each and every allegation made by the Plaintiff, Robert Lee Allen, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### **Affirmative Defenses**

1. The Plaintiff has failed to comply with the mandatory requirements of the Prison Litigation Reform Act, 42 U.S.C. § 1997e.

2. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. The Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Defendants in this action, in both their individual and official capacities, are entitled to absolute immunity from the Plaintiff's state law claims.

6. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's federal claims.

7. The Plaintiff fails to allege any affirmative causal link between the alleged acts of the Defendants and any alleged constitutional deprivation or the direct participation of the Defendants in any alleged constitutional violation.

8. The Defendants are not liable based upon *respondeat superior* theories of liability.

9. The Plaintiff is not entitled to an equitable remedy.

10. The Plaintiff is not entitled to punitive damages.

11. The Defendants reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted this 28th day of December, 2007.

s/Joseph L. Hubbard, Jr.
DARYL L. MASTERS, Bar No. MAS018
JOSEPH L. HUBBARD, JR., Bar Number HUB015
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 28th day of December, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Robert Lee Allen
      Autauga Metro Jail
      136 N. Court Street
      Prattville, Alabama  36067-3002

      **s/Joseph L. Hubbard, Jr.**
      OF COUNSEL