IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ROBERT LEE ALLEN
   PLAINTIFF,
V.                                 2:07-CV-928-MHT

CAPTAIN LAURA GRESHAM, et al.,
   Defendants,

## MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiff, Robert L. Allen, pro se, In the above styled cause and would Respectfully Request this Honorable Court permission for More time to file his Plaintiff Responses to Defendant's Special Report
  Will show as follows:

1.) The Plaintiff is in need of additional time to review Defendant's Special Report in order to provide the Court with a Meaningful Plaintiff's Response.

2.) Because of the Holiday, and weekend the plaintiff just recently recieved Document #30-1 "Court Order" informing him of the (10) ten day deadline

3.) This is the first time plaintiff has Requested additional time.

4.) The Defendant's will not be prejudiced by this extension of time.

## CERTIFICATE OF SERVICE

I Certify that I have served a copy of the foregoing upon the Honorable Joseph Hubbard, JR, by placing same in the U.S. Mail postage prepaid on this the 23rd day of January 2008

Robert L. Allen          Pro se    Robert L Allen
136 N. Court St                    Robert L. Allen
Prattville, Al 36067-3002

1/23/2008

Robert L. Allen
136 N. Court St
Prattville, Al 36067-3002



Honorable Clerk, Debra Hackett
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711