IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT LEE ALLEN | * | |
| Plaintiff, | * | |
| v. | * | 2:-07-CV-928-MHT |
| CAPTAIN LAURA GRESHAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

On January 25, 2008 Plaintiff filed a Motion for Extension of Time to respond to Defendants' answer and written report. Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 32*) is GRANTED;

2. Plaintiff is GRANTED an extension from January 28, 2008 to and including February 11, 2008 to file a response to Defendants' answer and written report.

Done, this 25th day of January 2008.

/s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE