from: Robert Allen
to: Honorable MRS. Debra Hackett

2/27/2008

RECEIVED

2008 FEB 28 A 9:27

DEBRA P. HACKETT, CL..
US DISTRICT COURT
MIDDLE DISTRICT ALA

Re: Requesting the Status of plaintiffs
Response to Defendant's Special Report
2:07-CV-928-MHT

Dear Honorable Mrs Hackett,

I am Requesting info About the status of Plaintiff's Response to special Report it has been over (4) four weeks since I filed My Response, can you see when the Honorable Judge is going to grant an order on these Response's I am not trying to rush the Honorable Judge, I did My best to comply with the Judges Order I did every thing the same as I've done in the past I try very hard not to make Any mistakes.

Yours Truly

2/27/2008

Pro se    Robert L Allen

"Please write me back Mrs. Hackett"