**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT LEE ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:07-cv-00928-MHT-WC** |
| | ) | |
| **LOWNDES COUNTY SHERIFF'S** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files

his notice of appearance as additional counsel of record for the Defendants, Laura Gresham and

Lorraine Brutton, in the above-captioned matter.

Respectfully submitted this 4th day of September, 2008.

> **s/Joseph L. Hubbard**
> JOSEPH L. HUBBARD, JR., Bar No. HUB015
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Dr. (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jhubbard@webbeley.com

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 4th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Robert Lee Allen
Autauga Metro Jail
136 North Court Street
Prattville, AL  36067-3002


                                      **s/Joseph L. Hubbard**
                                      OF COUNSEL