# CHANGE OF ADDRESS

To: Hon. Debra Hackett,

This is my new Address listed below so please forward all Mail to this Address, below



ADDRESS: Robert lee Allen, AIS #209274
ElMore Correctional Facility
P.O. Box 8
Elmore, Al 36025

Re: case no.
2:07-cv-85, 2:07-cv-90, 2:07-cv-928, and 2:07-cv-982

11-3-2008          Pro se    Robert Allen
                              Robert Allen

## CERTIFICATE OF SERVICE

I Robert Allen, Do hereby swear that I have Mailed a True & Correct copy of the foregoing "CHAnge of ADDRESS" to the following by the U.S. Mail, postage prepaid, This the 3rd day of November 2008.

① WEBB & Eley, P.C. P.O. Box 240909, Montgomery, Al 36124     Robert Allen
② Robert Faulk, L.L.C., 145 West Main STREET, prattville, Al 36067   Robert Allen
③ Hon. Debra Hackett, P.O. Box 711, Montgomery, Al 36101-0711       pro se

Robert Allen Ais #209274
Elmore Correctional Facility
P.O. Box 8
Elmore, Al 36025

FIRST CLASS



$0.42⁰
11/06/2008
Mailed From 36025

Hon. Debra Hackett, Clerk
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Al 36101-0711



36101+0711