IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT LEE ALLEN, # 209 274, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-928-MHT |
| | ) | (WO) |
| CAPTAIN LAURA GRESHAM, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

The magistrate judge entered a recommendation (Doc. #42) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1) The recommendation (Doc. #42) of the magistrate judge is adopted.

(2) The defendants' motion for summary judgment (Doc. #29) is granted.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

DONE, this the 19th day of March, 2010.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE