IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT LEE ALLEN, # 209 274, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-928-MHT |
| | ) | (WO) |
| | ) | |
| CAPTAIN LAURA GRESHAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of March, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE